## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: William W. Gilman et al. v. Marsh & McLennan Comapnies, Inc    Docket No.: 15-603

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Blaine H. Bortnick, Esq.

Firm: Liddle & Robinson, L.L.P.

Address: 800 Third Avenue, New York, New York 10022

Telephone: (212) 687-8500     Fax: (212) 687-1505

E-mail: bbortnick@liddlerobinson.com

Appearance for: William W. Gilman and Edward J. McNenney/Plaintiffs-Appellants
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey L. Liddle/Liddle & Robinson, L.L.P. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 4, 2014     OR

☐ I applied for admission on _____

Signature of Counsel: _[signature]_

Type or Print Name: Blaine H. Bortnick