# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand and fifteen.

Before:  Ralph K. Winter,
  *Circuit Judge.*

_____

| | |
|---|---|
| William W. Gilman, Edward J. McNenney, Jr., | |
| Plaintiffs - Appellants, | **ORDER**<br>Docket No. 15-603 |
| v. | |
| Marsh & McLennan Companies, Incorporated, Marsh Incorporated, Marsh USA Incorporated, Marsh Global Broking Incorporated, Michael Cherkasky, | |
| Defendants - Appellees. | |

_____

Appellants move for a one-week extension of the briefing schedule so that Appellees' brief is due September 18, 2015 and Appellants' reply brief is due October 9, 2015.

IT IS HEREBY ORDERED that the motion is GRANTED. The clerk is instructed to treat this case as ready for calendaring as of September 18, 2015 whether or not appellees' brief has been filed. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

